IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIMARTINO | : | CIVIL ACTION |
| v. | : | |
| ACME MARKETS | : | NO. 02-4320 |

O R D E R

AND NOW, this 6th day of September, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby

ORDERED that the above-captioned case is reassigned from the calendar of the Honorable Herbert J. Hutton to the calendar of the Honorable Timothy J. Savage.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court