IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMY DIMARTINO,** | : | CIVIL ACTION |
| **Plaintiff** | : | |
| | : | NO. 02-CV-4320 |
| vs. | : | |
| | : | |
| **ACME MARKETS, INC.,** *et al* | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 23rd day of September, 2002, it is **ORDERED** that a **SCHEDULING CONFERENCE** shall be held on October 3, 2002, at 2:00 p. m. in Room 4006, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

_____
TIMOTHY J. SAVAGE,                    J.