IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMY DiMARTINO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ACME MARKETS, INC., et al. | : | NO. 02-4320 |

**O R D E R**

AND NOW, this 19th day of November, 2002, the above-captioned matter having been referred to me, by the Honorable Timothy J. Savage, for settlement discussions, it is hereby **ORDERED** that:

I will hold a **settlement conference** on **November 26, 2002 at 2:00 p.m.** in Courtroom 3-H, 3rd Floor, U.S. Courthouse, 601 Market St., Philadelphia, PA 19106. Counsel for each party is expected to have settlement authority. Clients are to be present, or available by telephone, during the November 26, 2002 settlement conference.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

## ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-4320**
**TODAY'S DATE**: November 19, 2002                **LAW CLERK'S INITIALS**: JJK

| **NAME** | **FAX NUMBER** (Area Code & Number) |
| --- | --- |
| 1. Lois M. Shenk, Esq. | 215-587-1444 |
| 2. Robert T. Gibson, Esq. | 610-566-4408 |