IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMY DiMARTINO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ACME MARKETS, INC. and | : | NO. 02-4320 |
| ALBERTSON'S INC. | : | |

**SCHEDULING ORDER**

AND NOW, this 24th day of December, 2002, it is **ORDERED** that the **FINAL PRETRIAL CONFERENCE** shall be held on January 2, 2003 at **11:00 a.m.** in Room 4006, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

                                                                      _____
                                                                      TIMOTHY J. SAVAGE, J.