IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMY DiMARTINO** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **ACME MARKETS, INC. and** | : | NO. 02-4320 |
| **ALBERTSON'S INC.** | : | |

### ORDER

AND NOW, this 6th day of January, 2003, upon consideration of the defendants' Motion in Limine Regarding Plaintiff's Medical Specials and *Moorhead v. Crozer Chester Medical Center* (Docket No. 9), the plaintiff's oral response, and after hearing argument at the final pretrial conference, it is **ORDERED** that the motion is **GRANTED**.

TIMOTHY J. SAVAGE, J.