IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMY DiMARTINO** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **ACME MARKETS, INC. and** | : | **NO. 02-4320** |
| **ALBERTSON'S INC.** | : | |

### ORDER

**AND NOW**, this 7th day of January, 2003, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

_____
TIMOTHY J. SAVAGE, J.